1  SCHNEIDER & WALLACE
   Todd M. Schneider (SBN 158253)
2  Joshua Konecky (SBN 182897)
   W.H. "Hank" Willson (SBN 233321)
3  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
4  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
5  TTY: (415) 421-1655

6  CHAVEZ & GERTLER LLP
   Mark A. Chavez (Bar No. 90858)
7  Jonathan E. Gertler (Bar No. 111531)
   42 Miller Avenue
8  Mill Valley, California 94941
   Telephone: (415) 381-5599
9  Facsimile: (415) 381-5572

10 Attorneys for Plaintiffs
   Lizette Green and the Proposed Class
11
   SEYFARTH SHAW LLP
12 Gilmore F. Diekmann, Jr. (SBN 50400)
   Christian J. Rowley (SBN 187293)
13 Eric E. Hill (SBN 173247)
   560 Mission Street, 31st Floor
14 San Francisco, California 94105
   Tel: (415) 397-2823
15 Fax: (415) 397-8549

16 Attorneys for Defendants
   Robert Half International, Inc., Robert Half of
17 California, Inc., Robert Half Inc., and Robert Half Corp.

FILED
NOV 16 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GREENE, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT HALF INTERNATIONAL, INC., ROBERT HALF OF CALIFORNIA, INC., ROBERT HALF INC., AND ROBERT HALF CORP.,<br><br>Defendants. | Case No. C-05-3248 MJJ<br><br>**JOINT STIPULATION REGARDING TIME TO FILE MOTION TO AMEND COMPLAINT** |

SCHNEIDER & WALLACE

JOINT STIPULATION REGARDING TIME TO FILE MOTION TO AMEND COMPLAINT
*Greene v. Robert Half, et al.*, Case No. C-05-3248 MJJ

To: RelayFax via Case 3:05-cv-03248-MJJ   Document 13   Filed 11/15/2005   Page 3 of 2 (Page 2 of 2)

To: Christian Rowley                From: Schneider and Wallace    11/15/2005 11:52:34 AM  (Page 4 of 4)

1  The parties stipulate that the date for Plaintiff to file the Motion for Leave to Amend the
2  Complaint is December 1, 2005, rather than November 15, 2005, as previously stated in the
3  parties' joint Request to Reschedule Case Management Conference.

5  Respectfully Submitted,
6  Date: November 15, 2005                SCHNEIDER & WALLACE

*Hank Will*
Todd Schneider
Joshua Konecky
Hank Willson

CHAVEZ & GERTLER LLP

*Jon Gertler by Hank Will*
Mark Chavez
Jonathan Gertler

Counsel for Plaintiff

SEYFARTH SHAW LLP

Gilmore F. Dickmann, Jr.
Christian Rowley

Counsel for Defendants

JOINT STIPULATION REGARDING TIME TO FILE MOTION TO AMEND COMPLAINT
*Greene v. Robert Half, et al.*, Case No. C-05-3248 MJJ
1

IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
11/16/05
DATE