| | |
|---|---|
| 1 | CHAVEZ & GERTLER LLP |
|   | Mark A. Chavez (SBN 90858) |
| 2 | Jonathan E. Gertler (SBN 111531) |
|   | 42 Miller Avenue |
| 3 | Mill Valley, California 94941 |
|   | Telephone: (415) 381-5599 |
| 4 | Facsimile: (415) 381-5572 |
| 5 | BROWNSTEIN & THOMAS, LLP |
|   | Josh S. Brownstein (SBN 209760) |
| 6 | M. Ryder Thomas (SBN 214180) |
|   | Mark C. Thomas (SBN 215580) |
| 7 | 220 Montgomery Street, Suite 876 |
|   | San Francisco, California 94104 |
| 8 | Telephone: (415) 951-4881 |
|   | Facsimile: (415) 951-4885 |

E-filing

**FILED**

DEC 20 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
Joshua Konecky (SBN 182897)
W.H. "Hank" Willson (SBN 233321)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs
Lizette Green and the Proposed Class

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 50400)
Christian J. Rowley (SBN 187293)
Eric E. Hill (SBN 173247)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
Robert Half International, Inc., Robert Half of California, Inc., Robert Half Inc., and Robert Half Corp.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LIZETTE GREENE, on behalf of herself and on behalf of all others similarly situated,

Plaintiffs,

vs.

ROBERT HALF INTERNATIONAL, INC., ROBERT HALF OF CALIFORNIA, INC., ROBERT HALF INC., AND ROBERT HALF CORP.,

Defendants.

Case No. C-05-3248 MJJ

**JOINT STIPULATION FOR FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT, DEFENDANTS' RESPONSIVE PLEADING;** ~~PROPOSED~~ **ORDER**

---

SCHNEIDER
& WALLACE

JOINT STIPULATION FOR FILING OF P'S FIRST AMENDED COMPLAINT, DS' RESPONSIVE PLEADING; PROPOSED ORDER
*Greene v. Robert Half, et al.*, Case No. C-05-3248 MJJ

## STIPULATION

The parties stipulate to the filing of Plaintiff's First Amended Complaint, attached hereto as Exhibit A, pursuant to Federal Rule of Civil Procedure 15(a). Defendants' responsive pleading will be filed on or before January 30, 2006. The hearing on Plaintiff's Motion for Leave to Amend her Complaint will be vacated.

Respectfully Submitted,

Date: December 16, 2005

CHAVEZ & GERTLER LLP
BROWNSTEIN & THOMAS, LLP
SCHNEIDER & WALLACE

_/s/ Joshua Konecky_
Joshua Konecky
Counsel for Plaintiff

SEYFARTH SHAW LLP

_/s/ Christian Rowley_
Christian Rowley
Counsel for Defendants

## PROPOSED ORDER

In light of the parties' Stipulation to the filing of Plaintiff's First Amended Complaint, attached hereto as Exhibit A, Plaintiff's First Amended Complaint is hereby FILED, Defendant's responsive pleading is hereby DUE on or before January 30, 2006, and the hearing on Plaintiff's Motion for Leave to Amend her Complaint is hereby VACATED.

IT IS SO ORDERED.

Date: 2/20/2005

The Honorable Martin J. Jenkins

SCHNEIDER & WALLACE

JOINT STIPULATION FOR FILING OF P'S FIRST AMENDED COMPLAINT, DS' RESPONSIVE PLEADING; PROPOSED ORDER
*Greene v. Robert Half, et al.*, Case No. C-05-3248 MJJ
1