**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENE, | No. C05-03248 MJJ |
| Plaintiff, | **ORDER RE SUPPLEMENTAL BRIEFING** |
| v. | |
| ROBERT HALF INTERNATIONAL INC., *et al.*, | |
| Defendants. | |

In preparation for oral argument on the Defendants' Motion to Strike and/or Dismiss portions of the First Amended Complaint, the Court directs the parties to file briefs, <u>not exceeding five pages</u>, discussing *Tomlinson v. Indymac Bank*, 359 F. Supp. 2d 898 (C.D. Cal. 2005); *Barnett v. Washington Mutual Bank, FA,* 2004 WL 2011462, (N.D. Cal. 2004); and *Aguayo v. Oldenkamp Trucking*, 2005 WL 2436477 (E.D. Cal. 2005); in light of Defendants' argument that Plaintiff's UCL claim stands as an obstacle to the accomplishment of congressional objectives under FLSA.  Specifically, these decisions find the opt-in procedure as prescribed by FLSA does not preempt or act as a barrier to UCL claims, based on violations of FLSA, despite the different procedural requirements. The parties shall file their

/ / /

/ / /

/ / /

1  briefs by 8:30 a.m. on March 6, 2006. Any arguments not pertaining to the discussion of these decisions
2  will be stricken.

**IT IS SO ORDERED.**

Dated: March 2, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE