| | |
|---|---|
| CHAVEZ & GERTLER LLP<br>Mark A. Chavez (State Bar No. 90858)<br>Jonathan E. Gertler (State Bar No. 111531)<br>42 Miller Avenue<br>Mill Valley, California 94941<br>Telephone: (415) 381-5599<br>Facsimile: (415) 381-5572<br><br>BROWNSTEIN & THOMAS, LLP<br>JOSH S. BROWNSTEIN (SBN: 209760)<br>M. RYDER THOMAS (SBN: 214180)<br>MARK C. THOMAS (SBN: 215580)<br>220 Montgomery Street, Suite 876<br>San Francisco CA 94104<br>Telephone: (415) 951-4881<br>Facsimile: (415) 951-4885<br><br>SCHNEIDER & WALLACE<br>Todd M. Schneider (State Bar No. 158253)<br>Joshua Konecky (State Bar No. 182897)<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br><br>Attorneys for Plaintiff<br>LIZETTE GREENE and THE PROPOSED PLAINTIFF CLASS | SEYFARTH SHAW LLP<br>Gilmore F. Diekmann, Jr. (State Bar No. 50400)<br>Christian J. Rowley (State Bar No. 187293)<br>Eric E. Hill (State Bar No. 173247)<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>crowley@seyfarth.com<br><br>Attorneys for Defendants<br>ROBERT HALF INTERNATIONAL INC., ROBERT HALF OF CALIFORNIA, INC.,<br>ROBERT HALF INCORPORATED, and ROBERT HALF CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GREENE, on behalf of herself and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HALF INTERNATIONAL, INC., ROBERT HALF CORPORATION dba RHC, ROBERT HALF INCORPORATED, and ROBERT HALF OF CALIFORNIA, INC., a California corporation,<br><br>    Defendants. | Case No. C-05-3248 MJJ<br><br>**JOINT REQUEST TO CONTINUE FURTHER STATUS CONFERENCE; [PROPOSED] ORDER**<br><br><br>Complaint Filed: August 9, 2005<br><br>**E-FILED** |

This case is filed as a collective action under the Fair Labor Standards Act (FLSA), the California Unfair Competition Law, and the California Labor Code. Plaintiff alleges that

Defendants have misclassified inside sales employees as exempt from overtime requirements. Defendants deny the allegations.

The Court held the first Case Management Conference in this case on April 11, 2006. During that conference, the Court set a further status conference for July 25, 2006. Trial is set to commence on June 4, 2007. Shortly after the April 2006 Conference, the parties propounded discovery and deposition notices on each other. Unfortunately, unanticipated scheduling difficulties of the Plaintiff and knowledgeable persons from Defendant prevented counsel from scheduling the initial depositions until July 22, 2006 (Plaintiff's deposition), and August 3, 2006 (Rule 30(b)(6) deposition). The parties are also continuing their production of the first wave of discovery documents.

Counsel for both sides believe that it would be most efficient to have a short continuance of the status conference so that the aforementioned discovery can be conducted prior to the date on which counsel apprise the court as to the status of the case.

For the above reasons, the parties hereby submit this joint request to continue the further case management conference from July 25, 2006, to **September 12, 2006, at 2:00 p.m.**

DATED: July 14, 2006

SCHNEIDER & WALLACE

CHAVEZ & GERTLER LLP

BROWNSTEIN & THOMAS, LLP

By      /s/
    Joshua Konecky

Attorneys for Plaintiffs

DATED: July 14, 2006

SEYFARTH SHAW LLP

By      /s/
    Christian J. Rowley

Attorneys for Defendants
ROBERT HALF INTERNATIONAL INC.,
ROBERT HALF OF CALIFORNIA, INC.,
ROBERT HALF INCORPORATED, and
ROBERT HALF CORPORATION

## **ORDER**

Good cause shown, the Court hereby continues the further status conference from July 25, 2006, to **September 12, 2006, at 2:00 p.m.** Status Conference Reports shall be filed by **September 1, 2006.**

IT IS SO ORDERED.

7/20/2006

_____
THE HONORABLE MARTIN J. JENKINS
United States District Judge