| | |
|---|---|
| 1 | CHAVEZ & GERTLER LLP |
| | Mark A. Chavez (State Bar No. 90858) |
| 2 | Jonathan E. Gertler (State Bar No. 111531) |
| | 42 Miller Avenue |
| 3 | Mill Valley, California 94941 |
| | Telephone: (415) 381-5599 |
| 4 | Facsimile: (415) 381-5572 |
| 5 | SCHNEIDER & WALLACE |
| | Todd M. Schneider (State Bar No. 158253) |
| 6 | Joshua Konecky (State Bar No. 182897) |
| | 180 Montgomery Street, Suite 2000 |
| 7 | San Francisco, CA 94104 |
| | Telephone: (415) 421-7100 |
| 8 | Facsimile: (415) 421-7105 |
| 9 | Attorneys for Plaintiff |
| | LIZETTE GREENE and THE PROPOSED PLAINTIFF CLASS |
| 10 | |
| | SEYFARTH SHAW LLP |
| 11 | Gilmore F. Diekmann, Jr. (State Bar No. 50400) |
| | Christian J. Rowley (State Bar No. 187293) |
| 12 | Eric E. Hill (State Bar No. 173247) |
| | 560 Mission Street, 31st Floor |
| 13 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 14 | Facsimile: (415) 397-8549 |
| | crowley@seyfarth.com |
| 15 | |
| | Attorneys for Defendants |
| 16 | ROBERT HALF INTERNATIONAL INC., ROBERT HALF OF CALIFORNIA, INC., |
| | ROBERT HALF INCORPORATED, and ROBERT HALF CORPORATION |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIZETTE GREENE, on behalf of herself and on behalf of others similarly situated, | ) | Case No. C-05-3248 MJJ |
| | ) | |
| Plaintiff, | ) | **PARTIES' STIPULATION AND MOTION TO EXTEND THE EXPERT DISCLOSURE AND REBUTTAL DATES & [PROPOSED] ORDER** |
| v. | ) | |
| ROBERT HALF INTERNATIONAL, INC., ROBERT HALF CORPORATION dba RHC,, ROBERT HALF INCORPORATED, and ROBERT HALF OF CALIFORNIA, INC., a California corporation, | ) | Complaint Filed: August 9, 2005 |
| | ) | **E-FILED** |
| Defendants. | ) | |

---

1

PARTIES' REQUEST TO RESCHEDULE EXPERT DISCLOSURE DATES CIV. 05-3248MJJ

The parties jointly move the Court change the currently expert disclosure dates and discovery cutoff as to class certification issues. This Motion is based on the following:

1. In its order of September 14, 2006, the Court set an expert disclosure date for the class issue of December 5, 2006, rebuttal disclosure date of January 19, 2007 and expert discovery cut off date of March 2, 2007.

2. The parties, however, are still in process of conducting discovery and believe that additional time is needed for both parties to make a determination on whether to use an expert in class issues. The parties believe it is premature at this point to make a decision on class expert until they have an opportunity to finish the current discovery and, potentially, meet and confer regarding class issues.

3. Class motions will not be heard until June 26, 2007, so a delay in the class expert disclosure and report dates and discovery cutoff will not affect the class determination deadlines or trial date, currently set for November 13, 2007.

4. The parties therefore jointly ask the Court to set the expert deadlines as to class certification issues as follows:

   a. January 12, 2005, designation of experts on class certification issues and exchange of reports.

   b. February 19, 2007, designation of rebuttal experts on class certification issues and exchange of reports.

   c. March 30, 2007, expert discovery cut-off.

| | | |
|---|---|---|
| 1 | DATED: November 22, 2006 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By_____ |
| 4 | | Gilmore F. Diekmann, Jr.<br>Christian J. Rowley |
| 5 | | Attorneys for Defendants<br>ROBERT HALF INTERNATIONAL INC.,<br>ROBERT HALF OF CALIFORNIA, INC.,<br>ROBERT HALF INCORPORATED, and<br>ROBERT HALF CORPORATION |
| 8 | DATED: November 22, 2006 | CHAVEZ & GERTLER LLP |
| 10 | | By_____<br>Mark A Chavez<br>Jonathan E. Gertler |
| 12 | | Attorneys for Plaintiff LIZETTE GREEN<br>and THE PROPOSED PLAINTIFF<br>CLASS |

### [Proposed] ORDER

The Court hereby orders that the scheduling order in this matter be modified as follows:

   d. January 12, 2005, designation of experts on class certification issues and exchange of reports.

   e. February 19, 2007, designation of rebuttal experts on class certification issues and exchange of reports.

   f. March 30, 2007, expert discovery cut-off as to class certification issues.

DATED: November 29, 2006

By_____
Hon. Martin J. Jenkins
United States District Court