CHAVEZ & GERTLER LLP
Mark A. Chavez (SBN 90858)
Jonathan E. Gertler (SBN 111531)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572

BROWNSTEIN & THOMAS, LLP
JOSH S. BROWNSTEIN (SBN: 209760)
M. RYDER THOMAS (SBN: 214180)
MARK C. THOMAS (SBN: 215580)
220 Montgomery Street, Suite 876
San Francisco CA 94104
Telephone: (415) 951-4881
Facsimile: (415) 951-4885

SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
Joshua Konecky (SBN 182897)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff
LIZETTE GREENE and THE PROPOSED PLAINTIFF CLASS

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN. 50400)
Christian J. Rowley (SBN 187293)
Eric E. Hill (SBN 173247)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
crowley@seyfarth.com

Attorneys for Defendants
ROBERT HALF INTERNATIONAL INC., ROBERT HALF OF CALIFORNIA, INC., ROBERT HALF INCORPORATED, and ROBERT HALF CORPORATION

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GREENE, on behalf of herself and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., ROBERT HALF CORPORATION dba RHC, ROBERT HALF INCORPORATED, and ROBERT HALF OF CALIFORNIA, INC., a California corporation,<br><br>Defendants. | Case No. C-05-3248 MJJ<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO FACILITATE CLASS NOTICE; [proposed] ORDER**<br><br>**E-FILED** |

1

1    Whereas, this case was filed as a collective action under the Fair Labor Standards Act
2 (FLSA), and a class action under the California Unfair Competition Law on August 9, 2005.
3 Plaintiffs filed a Motion to Facilitate Notice Pursuant to 29 U.S.C. 216(b) on December 26,
4 2006. Defendants filed their opposition papers on January 23, 2007 and Plaintiff filed her Reply
5 on January 30, 2007. The hearing for the Plaintiff's Motion to Facilitate Notice Pursuant to 29
6 U.S.C. 216(b) is currently set for Tuesday, February 13, 2007 at 9:30.

7    Whereas, Plaintiff filed a Motion for Leave to Amend the Complaint on January 30,
8 2007. That motion is set for hearing on March 6, 2007 at 9:30 a.m.

9    Whereas, Todd Schneider, one of the lead counsel for Plaintiff Lizette Greene, will be
10 participating in a two day mediation on February 13, 2007, with Hunter Hughes in Memphis,
11 TN, for the case *Satchell et al., v Fedex,* C 03-02659 SI, which is currently set for trial on April
12 2, 2007, in front of the Honorable Susan Illston. This mediation requires the attendance of
13 several parties from across the United States, with widely varying schedules, and its status was
14 not finalized until Saturday, February 3, 2007. Upon learning of the mediation date, Mr.
15 Schneider promptly notified co-counsel and opposing counsel about the conflict;

16   Whereas, according to the Court's website, the next available date for civil law and
17 motion hearing is March 13, 2007, at 9:30;

18   Whereas, Counsel for both parties have met and conferred, and agreed that it would be
19 most efficient and fair to both parties to have a short continuance of the hearing on Plaintiff's
20 Motion to Facilitate Notice Pursuant to 29 U.S.C. §216(b), so that all Counsel can be present.
21 Counsel also agree that it would be most efficient to hear both Plaintiff's Motion for Leave to
22 Amend the Complaint and Plaintiff's Motion to Facilitate Notice on the same day.

23                                **STIPULATION**

24   For the above reasons, the parties hereby submit this joint stipulation to continue the
25 hearing on Plaintiff's Motion to Facilitate Notice Pursuant to 29 U.S.C. 216(b) from February
26 13, 2007 to **March 13, 2007, at 9:30 a.m.,** or as soon thereafter as the matter can be heard by the
27 Court.

28

2

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO FACILITATE CLASS NOTICE; [PROPOSED] ORDER
GREENE, ET AL V. RHI, INC., ET AL, CASE NO. 05-3248 MJJ

For the above reasons, the parties also stipulate to a continuance of the hearing on Plaintiff's Motion for Leave to Amend the Complaint from March 6, 2007 to the same day as the hearing on Plaintiff's Motion to Facilitate Notice Pursuant to 29 U.S.C. 216(b).

DATED: February 8, 2007

SCHNEIDER & WALLACE

CHAVEZ & GERTLER LLP

BROWNSTEIN & THOMAS, LLP

By ____/s/ Todd Schneider____
      Todd Schneider

Attorneys for Plaintiffs

DATED: February 8, 2007

SEYFARTH SHAW LLP

By ____/s/ Christian Rowley____
      Christian J. Rowley

Attorneys for Defendants
ROBERT HALF INTERNATIONAL INC.,
ROBERT HALF OF CALIFORNIA, INC.,
ROBERT HALF INCORPORATED, and
ROBERT HALF CORPORATION

## ORDER

Good cause shown, the Court hereby continues the Hearing on Plaintiff's Motion to Facilitate Notice Pursuant to 29 U.S.C. 216(b) from February 13, 2007, to **March 13, 2007, at 9:30 a.m.** The Court hereby also continues the Hearing on Plaintiff's Motion for Leave to Amend the Complaint from March 6, 2007 to **March 13, 2007, at 9:30 a.m.**

IT IS SO ORDERED.

February 9, 2007

_____
THE HONORABLE MARTIN J. JENKINS
United States District Judge

3

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO FACILITATE CLASS NOTICE ; [PROPOSED] ORDER
GREENE, ET AL V. RHI, INC., ET AL, CASE NO. 05-3248 MJJ