| | |
|---|---|
| CHAVEZ & GERTLER LLP<br>Mark A. Chavez (SBN 90858)<br>Jonathan E. Gertler (SBN 111531)<br>42 Miller Avenue<br>Mill Valley, California 94941<br>Telephone: (415) 381-5599<br>Facsimile:  (415) 381-5572 | SEYFARTH SHAW LLP<br>Gilmore F. Diekmann, Jr. (SBN. 50400)<br>Christian J. Rowley (SBN 187293)<br>Eric E. Hill (SBN 173247)<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile:  (415) 397-8549<br>crowley@seyfarth.com |
| BROWNSTEIN & THOMAS, LLP<br>JOSH S. BROWNSTEIN (SBN: 209760)<br>M. RYDER THOMAS (SBN: 214180)<br>MARK C. THOMAS (SBN: 215580)<br>220 Montgomery Street, Suite 876<br>San Francisco CA 94104<br>Telephone: (415) 951-4881<br>Facsimile:  (415) 951-4885 | Attorneys for Defendants<br>ROBERT HALF INTERNATIONAL INC., ROBERT HALF OF CALIFORNIA, INC.,<br>ROBERT HALF INCORPORATED, and ROBERT HALF CORPORATION |

SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
Joshua Konecky (SBN 182897)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105

Attorneys for Plaintiff
LIZETTE GREENE and THE PROPOSED PLAINTIFF CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GREENE, on behalf of herself and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., ROBERT HALF CORPORATION dba RHC, ROBERT HALF INCORPORATED, and ROBERT HALF OF CALIFORNIA, INC., a California corporation,<br><br>Defendants. | Case No. C-05-3248 MJJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [proposed] ORDER**<br><br>**E-FILED** |

1

1  Whereas, this case was filed as a collective action under the Fair Labor Standards Act
2  (FLSA), and a class action under the California Unfair Competition Law on August 9, 2005.
3  Plaintiff filed a Motion to Facilitate Notice Pursuant to 29 U.S.C. 216(b) on December 26, 2006.
4  Defendants filed their opposition papers on January 23, 2007 and Plaintiff filed a Reply on
5  January 30, 2007. Plaintiff also filed a Motion for Leave to Amend the Complaint on January
6  30, 2007. Hearings on both motions were continued to March 13, 2007 at 9:30 a.m. by
7  stipulation of the parties and court order on February 9, 2007;

8  Whereas, a case management conference is scheduled for this case for February 27, 2007
9  at 2:00 p.m.;

10  Whereas, it is the parties' understanding that the case management conference was
11  originally scheduled two weeks following the hearing date on Plaintiff's Motion to afford the
12  Court the opportunity to issue its ruling in advance of the conference and to discuss any issues
13  related to the outcome of Plaintiff's Motion to Facilitate Notice;

14  Whereas, Counsel for both parties have met and conferred, and agreed that it would be
15  most efficient and fair to both parties to have a short continuance of the case management
16  conference until after the hearings on Plaintiff's Motion to Facilitate Notice Pursuant to 29
17  U.S.C. §216(b) and Plaintiff's Motion for Leave to Amend the Complaint, because the outcomes
18  of those hearings will determine the issues to be addressed at the case management conference;

### STIPULATION

For the above reasons, the parties hereby submit this joint stipulation to continue the case management conference from February 27, 2007 at 2:00 p.m. to **April 3, 2007 at 2:00 p.m.,** or as soon thereafter as the matter can be heard by the Court.

2

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
GREENE, ET AL V. RHI, INC., ET AL, CASE NO. 05-3248 MJJ

| | |
|---|---|
| DATED: February 20, 2007 | SCHNEIDER & WALLACE |
| | CHAVEZ & GERTLER LLP |
| | BROWNSTEIN & THOMAS, LLP |
| | By_____/s/ Todd Schneider_____<br>Todd Schneider |
| | Attorneys for Plaintiffs |
| DATED: February 20, 2007 | SEYFARTH SHAW LLP |
| | By_____/s/ Christian Rowley_____<br>Christian J. Rowley |
| | Attorneys for Defendants<br>ROBERT HALF INTERNATIONAL INC.,<br>ROBERT HALF OF CALIFORNIA, INC.,<br>ROBERT HALF INCORPORATED, and<br>ROBERT HALF CORPORATION |

### ORDER

Good cause shown, the Court hereby continues the case management conference from February 27, 2007 at 2:00 p.m. to **April 3, 2007 at 2:00 p.m.**

IT IS SO ORDERED.

Date: 02/21/07

THE HONORABLE MARTIN J. JENKINS
United States District Judge

[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins]

3

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
GREENE, ET AL V. RHI, INC., ET AL, CASE NO. 05-3248 MJJ