UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GREENE, on behalf of herself and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HALF INTERNATIONAL, INC., ROBERT HALF CORPORATION dba RHC, ROBERT HALF INCORPORATED, and ROBERT HALF OF CALIFORNIA, INC., <br><br> Defendants. | No. C-05-3248 SC <br><br> <u>ORDER STAYING CASE</u> |

Presently before the Court is Plaintiffs' Motion to Facilitate Notice and Plaintiffs' Motion to File a Second Amended Complaint.  <u>See</u> Docket Nos. 50, 65.  On May 3, 2007, Defendants filed a Supplemental Brief in Opposition to Plaintiffs' Motions.  <u>See</u> Docket No. 82.  In the Supplemental Brief, Defendants ask the Court either to dismiss or stay the present action pending resolution of <u>Laffitte v. Robert Half International Inc., et al.</u>, Case No. BC321317 ("<u>Laffitte</u> action"), a state court action in Los Angeles Superior Court involving the same parties and claims.  <u>See</u> <u>id.</u> at 1; Rowley Decl., ¶¶ 3-7 and Exs. A-C.

Under the <u>Colorado River</u> doctrine, courts may dismiss or stay a federal action in the interests of "[w]ise judicial administration, giving regard to conservation of judicial

resources and comprehensive disposition of litigation." Colo. River Water Conservation Dist. v. United States, 424 U.S. 800, 817 (1976) (citations omitted). Courts must consider and weigh several factors in making a decision, including: (1) whether either court has asserted jurisdiction over a res or property; (2) the relative convenience of the forums; (3) the avoidance of piecemeal litigation; (4) the order in which jurisdiction was obtained and the progress of such proceedings; (5) whether state or federal law controls; and (6) whether the state proceeding is adequate to protect the rights of the parties. See Nakash v. Marciano, 882 F.2d 1411, 1415 (9th Cir. 1989) (citations omitted). Careful consideration of the aforementioned factors weighs in favor of staying the present case: a stay would avoid piecemeal litigation; the Laffitte action was filed first and is in a more advanced stage; and the state court can adequately protect the Plaintiffs' rights. In addition, the Laffitte action and this action are "substantially similar." Nakash, 882 F.2d at 1416.

For the reasons discussed, the Court hereby STAYS the present case pending resolution of the Laffitte action.

IT IS SO ORDERED.

Dated: June 7, 2007

_____
UNITED STATES DISTRICT JUDGE