1  SEYFARTH SHAW LLP
   GILMORE F. DIEKMANN, JR. (SBN 50400)
2  CHRISTIAN J. ROWLEY (SBN 187293)
   560 MISSION STREET, 31ST FLOOR
3  SAN FRANCISCO, CALIFORNIA 94105
   TELEPHONE: (415) 397-2823
4  FACSIMILE: (415) 397-8549

5  Attorneys for Defendants
   ROBERT HALF INTERNATIONAL INC., ROBERT HALF OF CALIFORNIA, INC.,
6  ROBERT HALF INCORPORATED, and ROBERT HALF CORPORATION

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 LIZETTE GREENE, on behalf of herself and    )  Case No. C-05-3248 SC
   on behalf of others similarly situated,     )
12                                             )  **STIPULATION TO CONTINUE**
              Plaintiff,                       )  **STATUS CONFERENCE;**
13                                             )  **[PROPOSED] ORDER**
        v.                                     )
14                                             )  **DATE: 9/5/08**
   ROBERT HALF INTERNATIONAL, INC.,            )  **TIME: 10:00 A.M.**
15 ROBERT HALF CORPORATION dba RHC,            )
   ROBERT HALF INCORPORATED, and               )
16 ROBERT HALF OF CALIFORNIA, INC.,            )
                                               )
17            Defendants.                      )

18      Defendants request that the Court reset the Status Conference in this matter from
19 September 5, 2008 to September 26, 2008. Both defense attorneys are unavailable due to a prior
20 scheduled court hearing and a long-set labor arbitration on September 5, 2008. Defense counsel
21 have similar conflicts on September 12th and 19th. Plaintiff's counsel have stipulated to this
22 request.

23 Dated: August __, 2008                      SEYFARTH SHAW LLP
24
                                               By: _____
25                                                  CHRISTIAN J. ROWLEY
                                               ATTORNEYS FOR DEFENDANTS
26                                             ROBERT HALF INTERNATIONAL INC.,
                                               ROBERT HALF INCORPORATED AND
27                                             ROBERT HALF CORPORATION
28
                                      - 1 -
              STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

1  Dated: August 26, 2008                       SCHNEIDER WALLACE COTTRELL
2                                                BRAYTON KONECKY LLP
3                                                CHAVEZ & GERTLER LLP
4                                                BROWNSTEIN & THOMAS LLP
5                                                By: /s/ Todd Schneider  BY CWR
6                                                    TODD SCHNEIDER     authorized
                                                 ATTORNEYS FOR PLAINTIFF  8/26/08
7                                                LIZETTE GREENE AND THE PROPOSED
                                                 PLAINTIFF CLASS
8

## ORDER

Good cause shown, the Court hereby continues the Status Conference from September 5, 2008 to ~~September 26, 2008~~ December 12, 2008 at 10:00 A.M.

IT IS SO ORDERED.

Date: August 27, 2008

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

---
- 2 -
STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER
SF1 28332856.1 / 32139-000033