| | |
|---|---|
| 1  Mark A. Chavez (SBN 90858) | Gilmore F. Diekmann, Jr. (SBN. 50400) |
|    Jonathan E. Gertler (SBN 111531) | Christian J. Rowley (SBN 187293) |
| 2  CHAVEZ & GERTLER LLP | Eric E. Hill (SBN 173247) |
|    42 Miller Avenue | SEYFARTH SHAW LLP |
| 3  Mill Valley, California 94941 | 560 Mission Street, 31st Floor |
|    Telephone: (415) 381-5599 | San Francisco, California 94105 |
| 4  Facsimile: (415) 381-5572 | Telephone: (415) 397-2823 |
|    | Facsimile: (415) 397-8549 |
| 5  Josh S. Brownstein (SBN: 209760) | crowley@seyfarth.com |
|    Mark C. Thomas (SBN: 215580) | |
| 6  BROWNSTEIN & THOMAS, LLP | Attorneys for Defendants |
|    180 Montgomery Street, Suite 940 | ROBERT HALF INTERNATIONAL INC., ROBERT |
| 7  San Francisco, CA 94104 | HALF OF CALIFORNIA, INC., |
|    Telephone: (415) 986-1338 | ROBERT HALF INCORPORATED, and ROBERT |
| 8  Facsimile: 415) 986-1231 | HALF CORPORATION |

9  Todd M. Schneider (SBN 158253)
   SCHNEIDER WALLACE
10 COTTRELL BRAYTON KONECKY LLP
   180 Montgomery Street, Suite 2000
11 San Francisco, CA  94104
   Telephone: (415) 421-7100
12 Facsimile: (415) 421-7105

13 Attorneys for Plaintiff
   LIZETTE GREENE and THE PROPOSED PLAINTIFF
14 CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE GREENE, on behalf of herself and on behalf of others similarly situated, | Case No. C-05-3248 SC |
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE &  [proposed] ORDER** |
| v. | |
| ROBERT HALF INTERNATIONAL, INC., ROBERT HALF CORPORATION dba RHC, ROBERT HALF INCORPORATED, and ROBERT HALF OF CALIFORNIA, INC., a California corporation, | **E-FILED** |
| Defendants. | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Whereas, Plaintiff Lizette Greene has elected not to opt out of the overlapping class action *Lafitte, et al. v Robert Half International, Inc., et al,* Case No. BC 321317, currently pending in the Superior Court of California - Los Angeles County,

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lizette Greene and Defendants Robert Half International, Inc., *et al.,* stipulate that the above action be and is voluntarily dismissed without prejudice.  Each party shall bear their own fees and costs.

DATED: February 9, 2009                               CHAVEZ & GERTLER LLP

                                                      BROWNSTEIN & THOMAS, LLP

                                                      SCHNEIDER WALLACE
                                                      COTTRELL BRAYTON KONECKY LLP

                                                      By         */s/ Todd M. Schneider*
                                                              Todd M. Schneider

                                                      Attorneys for Plaintiff LIZETTE GREENE

DATED: February 9, 2009                               SEYFARTH SHAW LLP


                                                      By         */s/ Christian J. Rowley*
                                                              Christian J. Rowley

                                                      Attorneys for Defendants
                                                      ROBERT HALF INTERNATIONAL INC.,
                                                      ROBERT HALF OF CALIFORNIA, INC.,
                                                      ROBERT HALF INCORPORATED, and
                                                      ROBERT HALF CORPORATION

I attest that concurrence has been obtained in the filing of this joint stipulation from Mr. Christian Rowley, Esq., and Mr. Todd Schneider, Esq., on February 9, 2009.

                                                      SCHNEIDER WALLACE
                                                      COTTRELL BRAYTON KONECKY LLP

                                                      By          */s/ Camilla Roberson*
                                                              Camilla Roberson, Esq.
                                                              Attorneys for Plaintiffs

1 **[proposed] ORDER**

2 Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by stipulation of all the
3 parties, the Court hereby dismisses this action without prejudice.  Each party shall bear their own
4 fees and costs.

5 IT IS SO ORDERED.

6 Date: 2/10/09

7 _____
THE HONORABLE SAMUEL CONTI
8 United States District Judge

